Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Eastern District of  Arkansas

___8th___ Division

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 06 2017

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

|   |   |
|---|---|
| Roderick Greer Talley | ) |
|  | ) |
|  | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
|  | ) |
| City of Little Rock; | ) |
| Detective Mark Allen Ison; Detective Rob Bell; | ) |
| Detective Loni Lichti; Officer Gladina Harris | ) |
|  | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.  Do not include addresses here.)* | ) |

Case No. ___4:17cv802-JLH___
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

This case assigned to District Judge_Holmes_
and to Magistrate Judge_Harris_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Roderick Greer Talley |
| Address | 3610 E. Maryland Ave #2011 |
| | Sherwood        AR        72120 |
| | *City*      *State*      *Zip Code* |
| County | Pulaski |
| Telephone Number | 404-719-7793 |
| E-Mail Address | rodtalleythebarber@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Little Rock |
| Job or Title *(if known)* | |
| Address | 500 W. Markham St. |
| | Little Rock      AR      72201 |
| | *City*      *State*      *Zip Code* |
| County | Pulaski |
| Telephone Number | ((501) 371-4510 |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Mark Allen Ison |
| Job or Title *(if known)* | Little Rock Police Department Detective |
| Address | 700 W. Markham St. |
| | Little Rock      AR      72201 |
| | *City*      *State*      *Zip Code* |
| County | Pulaski |
| Telephone Number | (501) 371-4605 |
| E-Mail Address *(if known)* | |

☑ Individual capacity     ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | Rob Bell |
| Job or Title *(if known)* | Detective for Little Rock Police Department |
| Address | 700 W. Markham |

| Little Rock | AR | 72120 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Pulaski |
| Telephone Number | (501) 371-4510 |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Gladina Harris |
| Job or Title *(if known)* | Officer for the Little Rock Police Department |
| Address | 700 W. Markham |

| Little Rock | AR | 72201 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Pulaski |
| Telephone Number | (501) 371-4510 |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☑ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Fourth Amendment; Fourteenth Amendment;

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Under "color of law," it is a crime for one or more persons using power given by a governmental agency (local, state or federal), to deprive or conspire wilfully to deprive another person of any right protected by the Constitution or laws of the United States. The Defendants are members of a government agency and where on the clock when they served a no knock search warrant.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
11702 Pleasant Ridge Rd #217
Little Rock, AR 72223

B. What date and approximate time did the events giving rise to your claim(s) occur?
August 1st, 2017
August 3rd, 2017 approximately 12:00pm
August 4th, 2017 Approximately 2:00pm
August 10th, 2017 Approximately 6:22 am

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
On August 1st, 2017 Officer Harris advised that she is the courtesy officer at this location and that the management of this complex has had numerous complaints on Roderick Talley in relation to narcotics trafficking. There are no reports of any complaints of me trafficking narcotics. No prior drug convictions. On August 3rd, 2017 Detective Mark Ison, Detective Loni Lichti, and Detective Rob Bell met with a reliable cooperating individual in an attempt to make a controlled purchase from me at my apartment. Detective Mark Ison is the affiant on the affidavit and being an affidavant is a sworn statement signed by a Judge and can be used as evidence and testimony in trial it can be considered as being made under penalty of perjury. On the affidavant Detective Mark Ison states that he , Detective Rob Bell, and Detective Loni Litchi established a surveillance position and observed their cooperating individual walk to my apartment door after they performed a search of his/her person and vehicle and supplied the cooperating individual with $100.00 of Little Rock Police Department buy money in an effort to buy narcotics. (Continued on last page)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My shoulder and leg and head were injured by the door when it was blown off and landed on top of me. I have a metal rod in my leg from previously being shot by a stray bullet and the impact from the door landing on me injured my shoulder to where I could barely life it and then immediately being restrained by plastic cuffs pulling my shoulder back. My knee was injured I had previously had ACL surgery on it. I was not able to work due to the injury to my shoulder and knee. I didn't have insurance so I didn't go to the hospital and what money I had saved to be able to pay for college i had to use paying my bills after I was no longer able to work.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I am seeking $600,000.00 in damages. $200,000.00 in compensatory damages for damage done to my property as the total loss of all my property all the things I owned due to the raid in my apartment. Explosives knocked out the power in the front portion of the apartment which i was forced out of and banned from losing everything I owned. Pain and suffering from being reinjured. Loss of income due to being arrested and not feeling safe and afraid for my life i was not able to work after being set up and clients hearing about what happened i lost a great deal of clients. Emotional distress from the slandering of my name by officers after they raided my apartment making statements to my neighbors that they were locking up the neighborhood drug dealer and the only thing i was known for in my neighborhood was being a barber which a few neighbors were my clients before the police raided my apartment. Defamation for Officer Gladina Harris intentionally communicated false information to Detective Mark Ison stating that management received numerous complaints about narcotics trafficking which led to me being banned from the property and my name is associated with being a drug dealer. I am the president of a non profit named Hope Begins With Me and it has suffered a great deal due to the false accusations and false arrest made by the Little Rock Police Department. $400,000.00 in punitive damages so that it sends a message to the Little Rock Police Department. The Little Rock Narcotics Detail led by Detective Mark Ison are responsible for hundreds of cases and to think that those cases have all been made using false statements and that they will continue to do it without prejudice would be a shame and a complete violation of so many people's Constitutional Right protected by the 4th and 14 amendment.. The fact that after that traumatic situation happened the detectives were recorded laughing as they rewatched the video of the me in screaming in fear when the explosives went off and blew my door down as they pointed weapons at me which could have ended my life.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   12/06/2017

Signature of Plaintiff   _Roderick A Talley_

Printed Name of Plaintiff   _Roderick Greer Talley_

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

_____

City         State         Zip Code

Telephone Number   _____

E-mail Address   _____

III The Parties to This Complaint

    A.
    B.  Defendant No. 5

| | |
|---|---|
| Name. | <u>Loni Lichti</u> |
| Job or Title | Detective for Little Rock Police Department |
| Address | 700 W. Markham St. |
| | Little Rock, AR 72201 |
| County | Pulaski |
| Telephone Number | (501) 371-4605 |

' Individual capacity    ' Official capacity

III Statement Claim (Continued)

A.
B.

(Continued) The affiant stayed that he and the detectives observed the cooperating individual knock on my door and observed my door opening and me communicating with the cooperating individual and the individual leaving and meeting with detectives at a prearranged location and after conducting a field test or a narcotic that was said to have been sold to him came back positive for cocaine. The problem with the day in question is my surveillance recorded the said cooperating individual knocking on my door and never getting an answer nor did the door open due to the fact that I was not at home. Therefore making it impossible to have served any drugs to anyone at my door and impossible for the detectives to do a field test on any drugs sold to the cooperating individual unless they sold them to the cooperating individual or gave them to them or had the drugs on their person. August 4th, 2017 at about 2:00 pm a Narcotics Officer was recorded by my surveillance taking pictures of my apartment door and on that same said Day a warrant was signed by a Judge based off the false statements in the affidavit filed by Detective Mark Ison and supported by the detectives Loni Lichti and Rob Bell. On August 10th, 2017 at about 6:22 the Little Rock Narcotics Detail blew down my door with explosives and preceded to enter my apartment with guns drawn on me as more officers entered throughout my apartment I was then handcuffed and detained while they ransacked my apartment in search of cocaine as described in the search warrant. No cocaine was found. I was arrested for what was said to be a green leafy substance although no field test was done on it. A digital scale was recovered but contained to drug residue I am a known vegan and its well known that I weigh my food also before I eat or prepare meals Bc I had an issue with my weight I was 240 pounds and was weighing 189 lbs at the time of my arrest. I was arrested and charged with possession of a controlled substance I was taken to the county detention center where I was later released and given a court date to enter a plea and while in court to enter a please I requested a probable cause hearing and it was scheduled for October 20th, 2017 and on that day the state motioned to have all charges dismissed. Arkansas Statues that the detectives and police officers violated are §§5-15-101; 5-15-109; 5-13-204(a)(1)(2); 5-11-104; 5-39-203; 5-39-201; 5-53-102; 5-53-106; 5-53-131