**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**RODERICK TALLEY**                                                                                    **PLAINTIFF**

V.                                      CASE NO. 4:17-CV-00802-JLH

**CITY OF LITTLE ROCK;**
**MARK ISON, individually and in his**
**Official capacity as an employee of the**
**Little Rock Police Department; ROB BELL,**
**individually and in his Official Capacity as**
**an employee of the Little Rock Police Department;**
**LONI LICHTI, individually and in his Official**
**Capacity as an employee of the Little Rock**
**Police Department; GLANDINA HARRIS,**
**individually and in her Official capacity as an**
**employee of the Little Rock Police Department**                         **DEFENDANTS**

## MOTION TO DISMISS ON BEHALF OF CITY OF LITTLE ROCK

COMES the Defendants, City of Little Rock, et al., by its attorneys, Thomas M. Carpenter, City Attorney, and Caleb Garcia, Deputy City Attorney, and for its Motion to Dismiss states:

1. City of Little Rock moves to dismiss the Complaint of Plaintiff, Roderick Talley ("Talley"), in accordance with Federal Rules of Civil Procedure 4(j)(2), 12(b)(5), and 12(b)(6).

2. This Court should dismiss Talley's Complaint as to the Defendants City of Little Rock et al., in in accordance with Fed. R. Civ. P. 12(b) (5). The City of Little Rock was not properly served with the Complaint and should be dismissed due to insufficient service of process.

3. Talley names City of Little Rock in his complaint, however, timely service of the Complaint was never perfected on the proper City officials. Talley's Complaint against employees of the City of Little Rock in their official capacity is really a suit against the City of Little Rock. *Monell v. Dep't of *1038 Social Servs.,* 436 U.S. 658, 690 (1978). As noted in paragraph four (4) below, Tom Carpenter is not the proper agent for service of process for the City of Little Rock.

4.      Service of process on a municipal corporation shall be on the chief executive officer for the municipality. Ark. R. Civ. P. 4(d) (7). Therefore, pursuant to Fed. R. Civ. P. 4(j)(2), Plaintiff must serve the chief executive officer of the City of Little Rock. Neither the Marshals Service nor the Plaintiff personally served the Mayor or the City Manager for the City as required.

5.      City of Little Rock et al., in its official capacity should be dismissed from this case pursuant to Fed. R. Civ. P. 12(b) (5). *See generally*, *Henry v. Gaines-Derden Enterprises, Inc.*, 314 Ark. 542, 546-547, 863 S.W.2d 828, 831 (Ark.1993), *Wilburn v. Keenan Companies, Inc.,* 298 Ark. 461, 768 S.W.2d 531 (1989) and *CMS Jonesboro Rehabilitation, Inc. v. Lamb,* 306 Ark. 216, 219, 812 S.W.2d 472, 474 (1991).

6.      All Defendants should be dismissed pursuant to Fed. R. Civ. P. 12(b) 6, since the Compliant fails to state a claim upon which relief can be granted.

7.      The grounds for this Motion are explained more fully in the accompanying Brief in Support of this Motion to Dismiss.

**WHEREFORE**, premises considered, City of Little Rock, et al., prays that the Complaint of Plaintiff Roderick Talley dismissed and for other just and proper relief.

    Respectfully submitted,

    Thomas M. Carpenter
    City Attorney

    By:   /s/ Caleb Garcia
           Caleb Garcia (Bar No. 2013113)
           Deputy City Attorney
           Office of the City Attorney
           500 West Markham, Suite 310
           Little Rock, Arkansas 72201
           (501) 371-6861
           cgarcia@littlerock.gov

## **CERTIFICATE OF SERVICE**

   I hereby certify that on January 3, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent notification of such filing to Roderick Talley via at [rodtalleythebarber@gmail.com](mailto:rodtalleythebarber@gmail.com) and by United States Postal Service to 3610 E. Maryland Ave, #2011, Sherwood, AR 72120.

                /s/ Caleb Garcia
                Caleb Garcia